ERIC D. HOUSER (SBN 130079)
GEOFFREY C. BRETHEN (SBN 259873)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
Email: gbrethen@houser-law.com

FILED
OCT 06 2009
CLERK, U.S.
EASTERN DISTRICT COURT
OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Defendant,
BARCLAY'S CAPITAL REAL ESTATE, INC, dba HOMEQ SERVICING,
(erroneously named herein as HOMEQ SERVICING CORPORATION)

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARIA DE JESUS A. GARCIA, | Case No.: 09-CV-00374-AWI (SMS) |
| Plaintiff, | Hon. Anthony W. Ishii |
| vs. | [~~PROPOSED~~] **JUDGMENT OF DISMISSAL** |
| HOMEQ SERVICING CORPORATION; and DOES 1-50, inclusive, | Action Filed: December 19, 2008 |
| | Trial Date: None |
| Defendants. | |

### JUDGMENT OF DISMISSAL

On August 19, 2009, the Court, having read and considered the papers presented by the parties, and the arguments of counsel issued its ruling on BARCLAY'S CAPITAL REAL ESTATE, INC, dba HOMEQ SERVICING, (erroneously named herein as HOMEQ SERVICING CORPORATION)

---

[PROPOSED] JUDGMENT OF DISMISSAL
1

1  ("HomEq") Motion to Dismiss Plaintiff's Complaint. The Honorable Anthony W.
2  Ishii, United States District Judge was presiding. The Court ruled as follows: the
3
4  Court granted HomEq's Motion to Dismiss in its entirety with leave to amend.
5  The amended pleading was to be filed by September 124, 2009.
6  As of October 1, 2009, which is after the time allotted for plaintiff to amend
7
8  her complaint, no amended complaint has been filed. Good cause appearing
9  therefore:
10  IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:
11
12  Plaintiff's entire Complaint and this action against BARCLAYS CAPITAL
13  REAL ESTATE INC. DBA HOMEQ SERVICING, erroneously sued herein as
14  HOMEQ SERVICING is DISMISSED with prejudice.
15  **IT IS SO ORDERED.**
16
17  DATED: /0-2-09

HON. ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                     ) SS
COUNTY OF ORANGE     )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 9970 Research Drive, Irvine, CA 92618.

On October 1, 2009 I served the following document(s) described as follows:

**[PROPOSED] JUDGMENT OF DISMISSAL**

On the following interested parties in this action:

Maria De Jesus Garcia
4120 N. Valentine, Apt. 107
Fresno, CA 93722
*Plaintiff in Pro Per*

[X]   VIA FIRST CLASS MAIL—CCP §§ 1013(a); 2015.5; FRCP 5: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

Executed on October 1, 2009 at Irvine, California.

Sherie L. Cleeré